UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN RUSHING,

                Plaintiff,

-against-

POLK COUNTY, et al.,

                Defendants.

1:22-CV-3449 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 12, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 3, 2022 order in *Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3. 2022), this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 12, 2022
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge